IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH P. RUDOLPH, M.D.

    Plaintiff,

v.

TOWNSHIP OF SOUTH PARK,

    Defendant.

ELECTRONICALLY FILED

CASE NO.: 2:08-cv-234

Judge Gary L. Lancaster

## JOINT STATUS REPORT

Pursuant to the Consent Decree issued by this Court on February 25, 2008, Plaintiff Joseph P. Rudolph, and Defendant Township of South Park, by and through their undersigned counsel, hereby submit the following joint status report as follows:

1. Although the parties have not yet reached an agreement on the remaining issues in the lawsuit, the parties believe that settlement may be possible.

2. Accordingly, the parties would request that the Court grant them two additional weeks for negotiation before setting a briefing schedule.

3. If no stipulation of settlement or supplemental status report is filed by the parties on or before March 28, 2008, then the parties would respectfully request that the court issue a briefing schedule for the fee petition on March 31, 2008.

Respectfully submitted,

| | |
|---|---|
| s/Paul J. Gitnik | s/Stephanie R. Reiss |
| Paul J. Gitnik, Esq. | Stephanie R. Reiss (PA ID No. 88316) |
| PAUL J. GITNIK & ASSOCIATES | Christopher K. Ramsey (PA ID No. 63293) |
| 1201 Broughton Road | MORGAN, LEWIS & BOCKIUS LLP |
| Pittsburgh, PA 15236 | One Oxford Centre – Thirty Second Floor |
| Phone: 412.655.8720 | Pittsburgh, PA 15219 |
| Fax: 412.650-5321 | Phone: 412.560.3300 |
| Email: pgitnik@gitnik.com | Fax: 412.560.7001 |

1-PI/198529.1

| | |
|---|---|
| Attorneys for Defendant | s/Witold J. Walczak |
| | Witold J. Walczak (PA ID No. 62976) |
| | Sara J. Rose (PA ID No. 204936) |
| | American Civil Liberties Foundation |
| | of Pennsylvania |
| | 313 Atwood Street |
| | Pittsburgh, PA 15213 |
| | Phone: 412.681.7864 |
| | Fax: 412.681.8707 |
| | |
| | Attorneys for Plaintiff |

**IT IS SO ORDERED**, this 19TH day of March, 2008.

Hon. Gary L. Lancaster
U.S.D.J.